# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JOSEPH AND DENISE YANEZ**, | ) NO. CV-13-0300-LRS |
| Plaintiffs, | ) **ORDER TO DISMISS WITH** |
| vs. | ) **PREJUDICE** |
| **CHAPMAN FINANCIAL SERVICES OF WA, INC.**, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that based on the parties' joint motion to dismiss, ECF No. 9, this entire matter is dismissed with prejudice and without fees or costs being awarded to either party and said motion is GRANTED.

The District Court Executive is directed to CLOSE THIS FILE.

DATED this 7th day of October, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER TO DISMISS -1